IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-11-795 |
| | § | (Ca. No. C-12-359) |
| STEVEN REECE CLARK, | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order signed this date, Steven Reece Clark's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

SIGNED on this 23rd day of April, 2013.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE